**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| Stanley Keith Miyabara, | Case No. 2:22-cv-02180-CDS-BNW |
| Plaintiff, | **REPORT AND RECOMMENDATION** |
| v. | |
| Maylene Sutera, *et al.*, | |
| Defendants. | |

The Court previously screened Plaintiff's complaint, dismissed Plaintiff's complaint without prejudice, and ordered Plaintiff to file an amended complaint (if he so chose). *See* ECF No. 7. Plaintiff was given until March 24, 2023 to amend his complaint. *Id.* at 3. The Court advised Plaintiff that if he did not file an amended complaint by this date, the Court would recommend that this case be dismissed. *Id.* Since this order, Plaintiff has not filed anything in his case. Accordingly, he appears to have abandoned his case.

**IT IS THEREFORE RECOMMENDED** that Plaintiff's case be dismissed without prejudice and this case closed.

**NOTICE**

This Report and Recommendation is submitted to the United States District Judge assigned to this case under 28 U.S.C. § 636(b)(1). A party who objects to this Report and Recommendation may file a written objection supported by points and authorities within 14 days of being served with it. Local Rule IB 3-2(a). Failure to file a timely objection may waive the right to appeal the District Court's order. *Martinez v. Ylst*, 951 F.2d 1153, 1157 (9th Cir. 1991).

DATED: April 20, 2023.

BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE