# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| Stanley Keith Miyabara, | Case No. 2:22-cv-02180-CDS-BNW |
| Plaintiff, | |
| v. | **ORDER re ECF Nos. 8, 9** |
| Maylene Sutera, *et al.*, | |
| Defendants. | |

Before the Court is Plaintiff's Motion for Assistance. ECF No. 9. The Court previously screened Plaintiff's complaint and explained that Plaintiff had not stated a claim for relief. ECF No. 7. In addition, the Court provided Plaintiff with a March 24, 2023 deadline by which to amend the complaint. Because Plaintiff did not file an amended complaint by the deadline, the Court assumed Plaintiff had abandoned his claim and recommended that the case be dismissed without prejudice. ECF No. 8.

It is now clear that Plaintiff has not abandoned his claim, as he has filed the Motion for Assistance. ECF No. 9. The motion is not easy to understand. However, it will be granted to the extent that the Court will vacate its Report and Recommendation to dismiss the case (at ECF No. 8) and extend the deadline for Plaintiff to file an amended complaint in compliance with the Court's order at ECF No. 7. Plaintiff's Motion for Assistance is denied in all other respects.

**IT IS THEREFORE ORDERED** that Plaintiff's Motion for Assistance (at ECF No. 9) is GRANTED IN PART and DENIED IN PART consistent with this Order.

**IT IS FURTHER ORDERED** that the Report and Recommendation at ECF No. 8 is VACATED.

**IT IS FURTHER ORDERED** that Plaintiff shall have until **June 8, 2023** to file an amended complaint. Failure to file an amended complaint will result in a recommendation that this case be dismissed.

**IT IS FURTHER ORDERED** that the Clerk of Court is kindly directed to mail the previous screening order (at ECF No. 7) to Plaintiff. Plaintiff is to read the Order carefully so that his amended complaint complies with that Order.

DATED: May 8, 2023.

_____
BRENDA WEKSLER
UNITED STATES MAGISTRATE JUDGE