UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| STANLEY KEITH MIYABARA,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　v.<br><br>MAYLENE SUTERA, *et al.*,<br><br>　　　　　　　　　　　Defendants. | Case No. 2:22-cv-02180-CDS-BNW<br><br>ORDER |

**I.    DISCUSSION**

The Court's mail to Plaintiff has been returned as undeliverable. (ECF Nos. 11). Pursuant to Nevada Local Rule of Practice IA 3-1, a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. The notification must include proof of service on each opposing party or the party's attorney. Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court." LR IA 3-1. This Court grants Plaintiff 30 days from the date of entry of this order to file his updated address with this Court. If Plaintiff does not update the Court with his current address within 30 days from the date of entry of this order, this case will be subject to dismissal without prejudice.

**II.    CONCLUSION**

Accordingly, **IT IS ORDERED** that Plaintiff shall file an updated address with the Clerk of the Court within 30 days from the date of entry of this order.

**IT IS FURTHER ORDERED** that, if Plaintiff fails to timely comply with this order, this case will be subject to dismissal without prejudice.

DATED: June 1, 2023.

　　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　　BRENDA WEKSLER
　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE