UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| Stanley Keith Miyabara, | Case No. 2:22-cv-02180-CDS-BNW |
| Plaintiff | |
| v. | **Order Adopting Magistrate Judge's Report & Recommendation and Closing Case** |
| Maylene Sutera, et al., | [ECF No. 15] |
| Defendants | |

Magistrate Judge Brenda Weksler issued a Report and Recommendation (R&R) recommending that I dismiss this action based on pro se plaintiff Stanley Miyabara's unclear claims and failure to comply with the court's previous order. In April, Judge Weksler screened Miyabara's initial complaint and dismissed it without prejudice, ordering him to file an amended complaint, if he chooses, addressing various deficiencies—including failure to state a claim. ECF No. 7. Miyabara timely filed an amended complaint. ECF No. 13. Judge Weksler screened the amended complaint and recommends that this case be dismissed without prejudice because the complaint again fails to state a claim and is "difficult to follow." R&R, ECF No. 15.

Under this district's local rules, the deadline for Miyabara to object to the R&R was August 1, 2023. *See* LR IB 3-2(a) (stating that parties wishing to object to the R&R must do so within fourteen days). As of the date of this order, Miyabara has neither objected to the R&R, nor has he requested more time to do so. "[N]o review is required of a magistrate judge's report and recommendation unless objections are filed." *Schmidt v. Johnstone*, 263 F. Supp. 2d 1219, 1226 (D. Ariz. 2003); *see also Thomas v. Arn*, 474 U.S. 140, 150 (1985); *United States v. Reyna-Tapia*, 328 F.3d 1114, 1121 (9th Cir. 2003). I nonetheless reviewed Judge Weksler's R&R and agree with her findings; the complaint is bereft of any allegations that would support this court's exercise of

jurisdiction over the matter. Accordingly, with no objection filed, I adopt the magistrate judge's R&R in its entirety.

## Conclusion

IT IS THEREFORE ORDERED that Magistrate Judge Weksler's Report and Recommendation **[ECF No. 15] is ADOPTED** in its entirety. This case is dismissed with prejudice. The Clerk of Court is instructed to enter judgment accordingly and CLOSE THIS CASE.

DATED August 7, 2023

_____
Cristina D. Silva
United States District Judge